UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-61297-CIV-Moore/Garber

JUSTINIANO PEREZ, on his
own behalf and others similarly
situated,

    Plaintiff,

v.

SMITH SERVICES, INC.,
A Florida Corporation,

    Defendant.
_____/

## **ORDER**

THIS CAUSE is before the Court on the defendant's Motion for Reconsideration and/or for Clarification as to Court Order Compelling Defendant to Answer Interrogatory. A review of the record in this cause reflects that all claims have been settled and that the Court has retained jurisdiction to consider applications for costs and fees. Accordingly, and upon due deliberation, it is hereby

ORDERED that the aforesaid Motion for Reconsideration, etc. is DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida this 5th day of March, 2007.

_____
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE